

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-09-00029-CV
_____

DAL-TILE CORPORATION, Appellant

V.

RALF POINEAL, Appellee

On Appeal from the 6th Judicial District Court
Lamar County, Texas
Trial Court No. 77543

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Dal-Tile Corporation has filed a motion asking this Court to dismiss its appeal because the controversy has been resolved and settled. Dal-Tile states that pursuant to their agreement, each party will bear its own costs and fees. Pursuant to Rule 42.1(a) of the Texas Rules of Appellate Procedure, we grant the motion in its entirety. TEX. R. APP. P. 42.1(a).

We dismiss the appeal, with costs and fees taxed against the party incurring same.


Bailey C. Moseley
Justice

Date Submitted:     July 2, 2009
Date Decided:       July 3, 2009